IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA FOSTER,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HORIZON DENTAL CARE AT STEAMTOWN, INC., d/b/a HORIZON DENTAL CARE OF HAWLEY,**<br><br>*Defendant.* | **Case No. 2:25-cv-02694-JDW** |

### ORDER

**AND NOW**, this 31st day of July, upon consideration of the Complaint, I note as follows:

1.　For venue to be proper, a plaintiff must bring the action "in any judicial district in which any defendant resides" or "in a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Where a plaintiff files a case in the wrong venue, a district court "shall dismiss, or if it be in the interest of justice, transfer the case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

2.　On May 27, 2025, Ms. Foster filed a complaint against Horizon Dental Care At Steamtown d/b/a Horizon Dental Care Of Hawley, her former employer, in the Eastern

District of Pennsylvania, alleging unlawful discrimination, retaliation, and violation of the Equal Pay Act, 29 U.S.C. § 206(d).

3. On May 29, 2025, I issued an Order directing Ms. Foster to, by June 4, 2025, show cause explaining why venue is proper in the Eastern District and why I should not transfer this matter to a more appropriate venue. Ms. Foster did not respond to my Order.

4. Ms. Foster resides in Hawley, Pennsylvania, in the Middle District of Pennsylvania. (ECF No. 1, ¶ 2.) Horizon maintains its principal place of business in Hawley. (*Id.* ¶ 3.) All of the alleged discriminatory and retaliatory actions giving rise to Ms. Foster's claim occurred in the Middle District of Pennsylvania. Nothing in Ms. Foster's complaint indicates or implies a connection with the Eastern District sufficient to establish proper venue in this judicial district.

Therefore, it is **ORDERED** that the Clerk Of Court shall **TRANSFER** this action to the United States District Court for the Middle District of Pennsylvania and mark the case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.