# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:25–cv–02694–JDW

FOSTER v. HORIZON DENTAL CARE AT STEAMTOWN, INC  
Assigned to: DISTRICT JUDGE JOSHUA D. WOLSON  
Demand: $150,000  
Cause: 28:451 Employment Discrimination  

Date Filed: 05/27/2025  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Employment  
Jurisdiction: Federal Question  

**Plaintiff**

**CHRISTINA FOSTER**     represented by     **DAVID M. KOLLER**  
KOLLER LAW PC  
2043 LOCUST ST STE 1B  
PHILADELPHIA, PA 19103  
215–545–8917  
Fax: 215–575–0826  
Email: davidk@phillyhometownlawyer.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HORIZON DENTAL CARE AT STEAMTOWN, INC**  
*doing business as*  
HORIZON DENTAL CARE OF HAWLEY

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2025 | 1 | COMPLAINT against HORIZON DENTAL CARE AT STEAMTOWN, INC d/b/a HORIZON DENTAL CARE OF HAWLEY ( Filing fee $ 405 receipt number APAEDC–18321141.), filed by CHRISTINA FOSTER. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form)(KOLLER, DAVID) (Entered: 05/27/2025) |
| 05/28/2025 | 2 | Opt In Notice of Procedure to Consent to Random Magistrate Judge Assignment (Attachments: # 1 Consent Form)(nd) (Entered: 05/28/2025) |
| 05/28/2025 | 3 | Summons Issued as to HORIZON DENTAL CARE AT STEAMTOWN, INC. Forwarded To: Counsel on 5/28/25 (er) (Entered: 05/28/2025) |
| 05/29/2025 | 4 | ORDER THAT, ON OR BEFORE JUNE 4, 2025, PLAINTIFF SHALL SHOW CAUSEIN A MEMORANDUM NOT TO EXCEED FIVE PAGES EXPLAINING WHY VENUE IS PROPER IN THIS JUDICIALDISTRICT AND WHY I SHOULD NOT TRANSFER THIS MATTER TO ANOTHER MORE APPROPRIATE VENUEPURSUANT TO 28 U.S.C. § 1404 OR § 1406(A). SIGNED BY DISTRICT JUDGE JOSHUA D. WOLSON ON 5/29/25. 5/29/25 ENTERED AND COPIES E–MAILED, MAILED TO UNREP.(bw) (Entered: 05/29/2025) |
| 07/14/2025 | 5 | WAIVER OF SERVICE Returned Executed by CHRISTINA FOSTER. HORIZON DENTAL CARE AT STEAMTOWN, INC waiver sent on 6/27/2025, answer due 8/26/2025. (KOLLER, DAVID) (Entered: 07/14/2025) |

| | | |
|---|---|---|
| 07/31/2025 | 6 | ORDER TRANSFERRING CASE TO THE MIDDLE DISTRICT OF PENNSYLVANIA; AS OUTLINED HEREIN... SIGNED BY DISTRICT JUDGE JOSHUA D. WOLSON ON 7/31/25. 8/1/25 ENTERED AND COPIES E–MAILED, MAILED TO UNREP.(bw) (Entered: 08/01/2025) |
| 07/31/2025 | | CASE TRANSFERRED TO THE MIDDLE DISTRICT OF PENNSYLVANIA (bw) (Entered: 08/01/2025) |