IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA FOSTER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : NO. 25-CV-01424 |
| | : |
| | : JUDGE MEHALCHICK |
| HORIZON DENTAL CARE AT | : |
| STEAMTOWN, INC. d/b/a HORIZON | : |
| DENTAL CARE OF HAWLEY, | : |
| | : ELECTRONICALLY FILED |
| Defendant. | : |

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Defendant Horizon Dental Care at Steamtown, Inc. relating to the above-captioned matter.

Date: August 26, 2025

Respectfully submitted:

/s/ Donna A. Walsh
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Counsel for Defendant, Horizon Dental Care at Steamtown, Inc.

## **CERTIFICATE OF SERVICE**

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 26th day of August 2025:

>David M. Koller, Esquire
>Jordan D. Santo, Esquire
>Koller Law LLC
>2043 Locust St. Ste. 1B
>Philadelphia, PA 19103

>/s/ Donna A. Walsh
>Donna A. Walsh