IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINA FOSTER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 25-CV-01424 |
| | : | |
| | : | JUDGE MEHALCHICK |
| **HORIZON DENTAL CARE AT STEAMTOWN, INC. d/b/a HORIZON DENTAL CARE OF HAWLEY,** | : : : | |
| | : | ELECTRONICALLY FILED |
| Defendant. | : | |

**DEFENDANT HORIZON DENTAL CARE AT STEAMTOWN, INC.'S
MOTION TO COMPEL ARBITRATION OR,
<u>IN THE ALTERNATIVE, TO DISMISS COMPLAINT</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, Defendant Horizon Dental Care at Steamtown, Inc. hereby moves to compel arbitration and stay this matter pending its outcome, or, alternatively, to dismiss this matter for failure to state a claim upon which relief can be granted. The Declaration of John Evanish IV in support of this Motion is attached hereto as Exhibit "A."

The grounds supporting this motion will be set forth in the supporting brief which will be filed within 14 days in accordance with Local Rule 7.5.

Date:  August 26, 2025    Respectfully submitted:

/s/ Donna A. Walsh
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Counsel for Defendant, Horizon Dental Care at Steamtown, Inc.

## **CERTIFICATE OF NON-CONCURRENCE**

I hereby certify that I sought the concurrence of counsel for Plaintiff, David M. Koller, Esquire and Jordan D. Santo, Esquire, in this Motion. Counsel do not concur in this Motion.

Date:  August 26, 2025                                  /s/ Donna A. Walsh
                                                                        Donna A. Walsh

## **CERTIFICATE OF SERVICE**

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing Motion To Compel Arbitration or, in the Alternative, To Dismiss Complaint was served upon the following counsel of record via the Court's ECF system on this 26th day of August 2025:

>David M. Koller, Esquire
>Jordan D. Santo, Esquire
>Koller Law LLC
>2043 Locust St. Ste. 1B
>Philadelphia, PA 19103

>/s/ Donna A. Walsh
>Donna A. Walsh