## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINA FOSTER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 25-CV-01424** |
| | : | |
| | : | **JUDGE MEHALCHICK** |
| **HORIZON DENTAL CARE AT** | : | |
| **STEAMTOWN, INC. d/b/a HORIZON** | : | |
| **DENTAL CARE OF HAWLEY,** | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendant.** | : | |

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Defendant Horizon Dental Care at Steamtown, Inc. relating to the above-captioned matter.

Date:  August 26, 2025

Respectfully submitted:

/s/ Donna A. Walsh
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Counsel for Defendant, Horizon
Dental Care at Steamtown, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing

Entry of Appearance was served upon the following counsel of record via the Court's

ECF system on this 26th day of August 2025:

David M. Koller, Esquire
Jordan D. Santo, Esquire
Koller Law LLC
2043 Locust St. Ste. 1B
Philadelphia, PA 19103

/s/ Donna A. Walsh
Donna A. Walsh